

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00944-CR

Rickie **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4578
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 30, 2019.

_____
Liza A. Rodriguez, Justice